CO-386
10/2018

# United States District Court
# For the District of Columbia

Democracy Forward Foundation )
)
)
)
         Plaintiff )
  vs )   Civil Action No. 25-cv-xxxx
)
U.S. Department of Health and )
Human Services )
)
         Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Democracy Forward Foundation   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Democracy Forward Foundation   which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/ s / Anisha Hindocha
Signature

1725159
BAR IDENTIFICATION NO.

Anisha Hindocha
Print Name

P.O. 34553
Address

Washington    DC    20043
City          State  Zip Code

(202) 448-9090
Phone Number