UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 25-4424 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 12, 2026, Minute Order, the Parties conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case:

1. Plaintiff Democracy Forward Foundation ("DFF") submitted four FOIA requests to Defendant U.S Department of Health and Human Services ("HHS") on November 18, 2025, seeking records "sufficient to identify the process by which a decision was made to change the named caption of a photograph of the former Assistant Secretary of Health" ("Decision-Making Process Request"), communications of certain custodians "concerning the change to the named caption of a photograph of the former Assistant Secretary of Health" ("Name Change Communications Request"), sent communications of certain custodians containing certain key terms ("Key Terms Communications Request"), and "all guidance or conclusions regarding (1) the legality of changing the named caption of a photograph of Admiral Levine (located in the hallway outside the Assistant Secretary of Health's office in the Humphrey Building) to one that does not reflect her legal name, including compliance with the Privacy Act's accuracy requirements, and (2) the legality of changing of the named caption of Admiral Levine to be an

excepted activity that could be performed during the lapse in appropriations without violating the Anti-Deficiency Act" ("Guidance Request").

2. Parties are continuing to confer about the search and collection parameters for the Key Terms Communications Request. Defendants reported that their initial search was not limited to the "sent" messages containing the key terms of the custodians identified in the request and requires revision. Plaintiff may consider narrowing measures in an effort to avoid an extended production schedule.

3. The searches for records responsive to the other three requests are currently ongoing within The Office of the Assistant Secretary for Health.

4. The parties propose that the Court defer setting a summary judgment briefing schedule at this time. After processing is completed, parties plan to confer to attempt to narrow or resolve outstanding issues. In the event those efforts are not successful, the parties anticipate that dispositive motions will be necessary to resolve any issues that may remain in dispute.

5. The parties respectfully request that they be ordered to file a further Joint Status Report on or before May 26, 2026, to update the Court on the status of the FOIA requests.

Dated: March 26, 2026

Respectfully submitted,

*<u>/s/ Anisha Hindocha</u>*
Anisha Hindocha (D.C. Bar No. 1725159)
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org
*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Kaitlin K. Eckrote</u>*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485
Kaitlin.eckrote@usdoj.gov

*Counsel for the United States of America*