UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendant.

Civil Action No. 25-4424 (JEB)

**JOINT STATUS REPORT**

Pursuant to the Court's July 27, 2026, Minute Order, the Parties conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case:

1. Plaintiff submitted four FOIA requests to Defendant on November 18, 2025, seeking records "sufficient to identify the process by which a decision was made to change the named caption of a photograph of the former Assistant Secretary of Health" ("Decision-Making Process Request"), communications of certain custodians "concerning the change to the named caption of a photograph of the former Assistant Secretary of Health" ("Name Change Communications Request"), communications of certain custodians containing certain key terms ("Key Terms Communications Request"), and "all guidance or conclusions regarding (1) the legality of changing the named caption of a photograph of Admiral Levine (located in the hallway outside the Assistant Secretary of Health's office in the Humphrey Building) to one that does not reflect her legal name, including compliance with the Privacy Act's accuracy requirements, and (2) the legality of changing of the named caption of Admiral Levine to be an excepted activity that

could be performed during the lapse in appropriations without violating the Anti-Deficiency Act" ("Guidance Request").

2. Defendant's search for the Key Term Communications request returned approximately 4,948 pages of potentially responsive records. After narrowing discussions, Defendant implemented the cutoff date proposed by Plaintiff and removed one search term. Defendant reports this narrowing resulted in approximately 667 potentially responsive pages of emails only. Defendant processed these pages and produced all nonexempt, responsive material on September 10, 2026, except the 238 pages sent for consultation with other agencies. Defendant has received back 57 pages and anticipates producing the returned consults by September 30, 2026. Plaintiff notes its concerns regarding the potential for the ongoing consultation process to result in an indefinite delay in the production of the outstanding records, but is not currently seeking any Court-ordered relief with respect to the outstanding consultations. Plaintiff may seek relief in the future if necessary.

3. All searches for records responsive to the other three requests are complete and Defendant located responsive records. Defendant produced one one-page record on June 29, 2026, and produced one combined portable document format record, 323 pages, on September 10, 2026.

4. The parties respectfully request that they be ordered to file a further Joint Status Report on or before November 25, 2026.

Dated: September 23, 2026

Respectfully submitted,

*/s/ Anisha Hindocha*
Anisha Hindocha, D.C. Bar #1725159
Daniel A. McGrath, D.C. Bar #1531723
Robin Thurston, D.C. Bar #1531399
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW

ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

Washington, D.C. 20530
(202) 252-2485

*Counsel for the United States of America*